AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houston, III, David W. | U.S. Bankruptcy Court | 04/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

703 Hwy. 145 N
Aberdeen, MS 39730

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislative Committee Chair | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, III, David W. | 04/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Administrative Office of U.S. Courts |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Mississippi | 2/10 - 11/11 | Memphis, TN | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |
| 2. | Mississippi Bankruptcy Conference | 2/16 - 17/11 | Jackson, MS | Judging Moot Court Competition | Reimbursement of travel, meals, and lodging |
| 3. | National Conference of Bankruptcy Judges | 4/3 - 6/11 | Palm Desert, CA | Attending Board of Governors and Legislative Committee Meetings | Reimbursement of travel, meals, and lodging |
| 4. | Tennessee Bar Association | 4/28 - 5/1/11 | Gatlinburg, TN | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |
| 5. | American Bankruptcy Institute | 5/19 - 20/11 | Memphis, TN | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houston, III, David W. | 04/13/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 6/3 - 5/11 | Columbia, SC | Attending Legislative Meeting | Reimbursement of travel, meals, and lodging |
| 7. | Mississippi Bar Association | 7/14 - 17/11 | San Destin, FL | To receive Judicial Excellence Award | Reimbursement of lodging |
| 8. | National Conference of Bankruptcy Judges | 7/24 - 25/11 | Washington, DC | Attending Legislative Meeting | Reimbursement of travel, meals, and lodging |
| 9. | American Bankruptcy Institute | 7/27 - 30/11 | Kiawah Island, SC | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |
| 10. | National Conference of Bankruptcy Judges | 9/13 - 15/11 | Washington, DC | Attending Legislative Meeting | Reimbursement of travel, meals, and lodging |
| 11. | National Conference of Bankruptcy Judges | 9/19 - 20/11 | New York, NY | Attending NCBJ Meeting | Reimbursement of travel, meals, and lodging |
| 12. | National Conference of Bankruptcy Judges | 10/11 - 16/11 | Tampa, FL | Attending Board of Governors & Legislative Committee Meetings | Reimbursement of travel, meals, and lodging |
| 13. | Memphis Bar Association | 10/27 - 28/11 | Memphis, TN | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |
| 14. | Mid-South Commercial Law Institute | 12/1 - 4/11 | Nashville, TN | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |
| 15. | Mississippi Bankruptcy Conference | 12/14 - 16/11 | Jackson, MS | Speaking at CLE Program | Reimbursement of travel, meals, and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | U.S. Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Nat'l Minerals Trust Cert. of Int., c/o Trustmark Bank | A | Dividend | J | T | | | | | |
| 2. Pruett Prod. Co., Oil, Gas & Mineral Lease, Monroe Co., MS | A | Royalty | J | T | | | | | |
| 3. Samson Pro. Serv. Co., Oil, Gas & Min. Lease, Monroe Co., MS | A | Royalty | J | T | | | | | |
| 4. Tellus Opr. Grp., Oil, Gas & Min. Lease, Moroe Co., MS | A | Royalty | J | T | | | | | |
| 5. Triangle Fed. Credit Union | A | Int./Div. | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, III, David W. | 04/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

N/A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **David W. Houston, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544